MARY L. WHITING v. FREEHOLD REGIONAL HIGH SCHOOL BOARD OF EDUCATION.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL A. ASHLEY.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD WINN.

March 25, 1980.

Petition for certification denied.